## STATE OF CONNECTICUT *v.* MARCUS GONZALEZ-RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 784 (AC 17153), is denied.

*Pamela S. Nagy*, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided July 8, 1998

## STATEWIDE GRIEVANCE COMMITTEE *v.* ERNESTO CLARKE

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 545 (AC 17394), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Ernesto Clarke*, pro se, in support of the petition.

*Daniel B. Horwitch*, statewide bar counsel, in opposition.

Decided July 8, 1998